JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 4/28/09
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH W. PUCKETT,<br><br>       Petitioner,<br><br>  vs.<br><br>L.A. SUPERIOR POMONA COURT,<br><br>       Respondent. | Case No. CV 08-8566-GAF (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 27, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY